**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-00536-LTB-BNB

ERIC BOSSE,
        Plaintiff,

v.

HARRISON SCHOOL DISTRICT TWO,
        Defendant.
_____

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)**
_____

Pursuant to D.C.COLO.LCivR 72.2 on the 4th day of August, 2005, Magistrate Judge Boland notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge. Now, therefore, being sufficiently advised,

IT IS ORDERED as follows:

1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636(c);

2. The above action will be reassigned to a magistrate judge selected by random draw, excluding Magistrate Judge Boland; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
DATED: August 5, 2005                     Lewis T. Babcock, Chief Judge

**NOTICE OF REASSIGNMENT**

Pursuant to the above order, this civil action is reassigned to United States Magistrate Judge _____.

                                            Gregory C. Langham, Clerk

                                            BY:_____, Deputy Clerk