IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00536-PAC-BNB

ERIC BOSSE,

    Plaintiff(s),

v.

HARRISON SCHOOL DISTRICT TWO,

    Defendant(s).

_____

## ORDER OF DISMISSAL and VACATING TRIAL DATE
_____

This matter is before the Court on the parties joint Stipulation for Dismissal with Prejudice [filed December 30, 2005; Doc. No. 18].  It is hereby

**ORDERED** that this matter shall be dismissed.  Each party to pay its own costs and attorney's fees.  It is

**ORDERED** that the Trial Preparation Conference set for March 7, 2006 is **vacated**.  It is

**FURTHER ORDERED** that the Trial Conference set for March 13 - 16, 2006 is **vacated.**

Dated:  January 17, 2006.

                                                      BY THE COURT:

                                        s/Patricia A. Coan  
                                        PATRICIA A. COAN  
                                        United States Magistrate Judge