IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00536-PAC-BNB

ERIC BOSSE,

    Plaintiff(s),

v.

HARRISON SCHOOL DISTRICT TWO,

    Defendant(s).

_____

## AMENDED
## ORDER OF DISMISSAL and VACATING TRIAL DATE
_____

This matter is before the Court on the parties' joint Stipulation for Dismissal with Prejudice [filed December 30, 2005; Doc. No. 18]. It is hereby

**ORDERED** that this matter shall be dismissed. Each party is to pay his or her own costs and attorney fees. It is further

**ORDERED** that the deadlines in the Scheduling Order are **vacated**. It is further

**ORDERED** that the Final Trial Preparation Conference set for March 7, 2006 is **vacated.** It is

**FURTHER ORDERED** that the Trial set for March 13 - 16, 2006 is **vacated.**

Dated: January 17, 2006.

                                                                         BY THE COURT:

s/Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge